CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF CLYMER, HARMONY AND FRENCH CREEK, CHAUTAUQUA COUNTY, Appellant, *v.* BENEDETT SENPREVIVO et al., Respondents, Impleaded with Another.

Argued January 16, 1940; decided February 27, 1940.

# 632

*Alton R. Erickson* for appellant.

*Samuel S. Edson* for Benedett Senprevivo et al., respondents.

Judgment affirmed, with costs, on the ground that yard or inclosure sought to be taken was necessary to the use and enjoyment of buildings and that the owner's consent was not obtained as provided for in section 464 of the Education Law. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.